**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

LABORERS' LOCAL #231 PENSION FUND and DANIEL RIORDAN, Individually and on Behalf of All Others Similarly Situated, Plaintiffs

v. Civil Action No. 3:18-CV-109-RGJ

PHARMERICA CORPORATION, FRANK E. COLLINS, W. ROBERT DAHL, JR., MARJORIE W. DORR, PATRICK G. LEPORE, GEOFFREY G. MEYERS, ROBERT A. OAKLEY, GREGORY S. WEISHAR, KOHLBERG KRAVIS ROBERTS & CO. L.P. and WALGREENS BOOTS ALLIANCE, INC., Defendants

* * * * *

**JUDGMENT**

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants Pharmerica Corporation, Frank E. Collins, W. Robert Dahl, Jr., Marjorie W. Dorr, Patrick G. Lepore, Geoffrey G. Meyers, Robert A. Oakley, Gregory S. Weishar, Kohlberg Kravis Roberts & Co. L.P. and Walgreens Boots Alliance, Inc., with respect to the claims brought by Plaintiffs Laborers' Local #231 Pension Fund and Daniel Riordan, Individually and on Behalf of All Others Similarly Situated in this matter.

(2) The named Plaintiff Laborers' Local #231 Pension Fund's and Daniel Riordan's individual claims are **DISMISSED** with prejudice. No motion for class certification has been

filed. As the named plaintiff no longer has active claims and no class has been certified, this action is **DISMISSED** as moot and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Rebecca Grady Jennings, District Judge
United States District Court

September 24, 2019